UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br>vs.<br><br>JOHN ALEXANDER ASSOCIATES, INC., a dissolved corporation; DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation; and DOES 1 through 10,<br><br>Defendants. | 2:19-cv-03866- ODW(AGR)<br><br>ORDER TO STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT JOHN ALEXANDER ASSOCIATES, INC., a dissolved corporation<br><br>Before The Honorable<br>Otis D. Wright, II |

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD

- 1 -

OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS ("PLAINTIFFS), have judgment against defendant JOHN ALEXANDER ASSOCIATES, INC., a dissolved corporation, as follows:

That judgment be entered in favor of PLAINTIFFS for damages in the amount of $220,493.85 against defendant JOHN ALEXANDER ASSOCIATES, INC., a dissolved corporation.

Interest at the legal rate will accrue from when the judgment is entered.

Dated: December 10, 2019\_\_\_\_\_    _____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE